David A. Brown, Appellant and Respondent, *v.* Walter E. Bedell et al., Appellants, and Lester Alexander et al., Respondents.

(Submitted March 19, 1934; decided March 20, 1934.)

Motion to amend order on reargument as to costs denied, with ten dollars costs.   (See 263 N. Y. 177; 264 N. Y. 453.)